IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00067-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADAM CHRISTOPHER SIMPKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Government's oral motion to continue arraignment. For good cause shown, the motion to continue arraignment is **GRANTED**. The arraignment is continued to Chief Judge Flanagan's September 7, 2010 term of court.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 29th day of July, 2010.

DAVID W. DANIEL
United States Magistrate Judge