UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:09-CR-67-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ADAM CHRISTOPHER SIMPKINS | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Friday, December 10, 2010, in New Bern, North Carolina. The case is hereby CONTINUED to this court's February 2011 term.

This 24th day of November, 2010.

_____
Louise W. Flanagan
Chief U.S. District Judge